151 So. 888

### Will MORRIS et al. v. STATE.

### 6 Div. 473.

Supreme Court of Alabama.

Nov. 2, 1933.

Rehearing Denied Jan. 18, 1934.

J. Foy Guin, of Russellville, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petitioners' argument for the issuance of the writ of certiorari in the instant case runs counter to the rule that this court will not review the Court of Appeals on its finding of facts, Houston v. State (Ala. Sup.) 148 So 863; [1] Loveman, Joseph & Loeb v. Himrod, 226 Ala. 342, 147 So. 163; Postal Tel.-Cable

---

[1] 227 Ala. 172.

Co. v. Minderhout, 195 Ala. 420, 71 So. 91, nor on questions not treated or considered in the opinion of that court, Ballard v. State, 219 Ala. 222, 121 So. 502; Whisenant v. State, 223 Ala. 550, 137 So. 457.

In accordance with this long-established rule, the writ must be here denied.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

